**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

EASTERN District of LOUISIANA
(State)

Case number (If known): _____ Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  
   MC AUTOMOTIVES LLC

2. **All other names debtor used in the last 8 years**  
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  
   99-1381470

4. **Debtor's address**

   **Principal place of business**  
   1501 FRANKLIN STREET  
   Number    Street

   GRETNA, LA 70053  
   City    State    ZIP Code

   County

   **Mailing address, if different from principal place of business**  
   Number    Street

   P.O. Box

   City    State    ZIP Code

   **Location of principal assets, if different from principal place of business**  
   Number    Street

   City    State    ZIP Code

5. **Debtor's website** (URL)  _____

Debtor **MC AUTOMOTIVES LLC**  
Name

Case number (*if known*)_____

| | | |
|---|---|---|
| 6. | **Type of debtor** | ❑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ❑ Partnership (excluding LLP) <br> ❑ Other. Specify: _____ |
| 7. | **Describe debtor's business** | A. *Check one:* <br> ❑ Health Care Business (as defined in 11 U.S.C. § 101(27A)) <br> ☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) <br> ❑ Railroad (as defined in 11 U.S.C. § 101(44)) <br> ❑ Stockbroker (as defined in 11 U.S.C. § 101(53A)) <br> ❑ Commodity Broker (as defined in 11 U.S.C. § 101(6)) <br> ❑ Clearing Bank (as defined in 11 U.S.C. § 781(3)) <br> ❑ None of the above <br><br> B. *Check all that apply:* <br> ❑ Tax-exempt entity (as described in 26 U.S.C. § 501) <br> ❑ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3) <br> ❑ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11)) <br><br> C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes . <br> ___ ___ ___ ___ |
| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* <br> ❑ Chapter 7 <br> ❑ Chapter 9 <br> ☑ Chapter 11. *Check **all** that apply*: <br>     ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that). <br>     ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). <br>     ❑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11. <br>     ❑ A plan is being filed with this petition. <br>     ❑ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). <br>     ❑ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form. <br>     ❑ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. <br> ❑ Chapter 12 |
| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** <br> If more than 2 cases, attach a separate list. | ☑ No <br> ❑ Yes. District _____ When _____ Case number _____ <br>                                         MM / DD / YYYY <br>         District _____ When _____ Case number _____ <br>                                         MM / DD / YYYY |

Debtor    **MC AUTOMOTIVES LLC**
         Name

Case number *(if known)* _____

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No
☐ Yes.   Debtor _____    Relationship _____
       District _____    When ____ / ____ / _____
                                                                                      MM / DD / YYYY
       Case number, if known _____

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

     **Why does the property need immediate attention?** (*Check all that apply.*)

     ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
        What is the hazard? _____

     ☐ It needs to be physically secured or protected from the weather.

     ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

     ☐ Other _____

     **Where is the property?** _____
                                       Number      Street
                                         _____
                                         _____    _____ _____
                                         City                             State ZIP Code

     **Is the property insured?**
     ☐ No
     ☐ Yes. Insurance agency _____
               Contact name _____
               Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49      ☐ 1,000-5,000      ☐ 25,001-50,000
☐ 50-99      ☐ 5,001-10,000      ☐ 50,001-100,000
☐ 100-199      ☐ 10,001-25,000      ☐ More than 100,000
☐ 200-999

---

Debtor __MC AUTOMOTIVES LLC_____ Case number (*if known*)_____
     Name

| | | | |
|---|---|---|---|
| **15. Estimated assets** | ☑ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| **16. Estimated liabilities** | ☐ $0-$50,000<br>☑ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __5-19-2025___
           MM / DD / YYYY

✗ __/S/ SEAN MCGITTIGAN_____    Sean McGittigan_____
   Signature of authorized representative of debtor          Printed name

Title __MANAGER_____

**18. Signature of attorney**

✗ __/s/ Ralph Bickham_____    Date __5/19/2025___
   Signature of attorney for debtor                                                         MM / DD / YYYY

Ralph Bickham_____
Printed name
BICKHAM LAW_____
Firm name
650 Poydras St. Ste 1400_____
Number    Street
New Orleans, LA 70130_____     _____ _____
City                                                       State      ZIP Code

504-584-5730_____     rbickham@bickhamlaw.com_____
Contact phone                                            Email address

30222   Louisiana
_____   _____
Bar number                                                         State


**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: MC AUTOMOTIVE, LLC | CASE NO. |
| DEBTOR | SECTION CHAPTER 11 |

STATEMENT REGARDING AUTORITY TO SIGN AND FILE PETITION

I Sean McGittigan, declare under penalty of perjury that I am the Manager of MC Automotives, LLC, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said company at a special meeting duly called and held on the 19th day of May 2025.

Whereas it is in the best interest of this company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be it Therefore Resolved that Sean McGittigan, Manager of this company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be it Further Resolved that Sean McGittigan manager of this company is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be it Further resolved that Sean McGittigan, director of this company is authorized and directed to employ Ralph Bickham, attorney and Bickham Law to represent the company in such bankruptcy case. Executed this 19th May 2025.

/s/ Sean McGittigan

_____
Sean McGittigan
MC Automotives, LLC,
Managing Member

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: MC AUTOMOTIVE, LLC                                    CASE NO.

DEBTOR                                                       SECTION CHAPTER 11

## RESOLUTION OF BOARD DIRECTORS OF MC AUTOMOTIVE, LLC,

WHEREAS it is in the best interest of this company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of title 11 of the United States Code;

Be it therefore resolved that Sean McGittigan, Manager of this company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be it Further Resolved that Sean McGittigan, Director of this Company is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the company in connection with such bankruptcy case, and

Be it Further resolved that Sean McGittigan, Director of this company is authorized and directed to employ Ralph Bickham and Bickham Law to represent the corporation in such bankruptcy case.

Signatures of Majority Directors

May 19, 2025                                                 /s/ James McGittigan
                                                             _____
                                                             James McGittigan (Director)


                                                             /s/ Ryan McGittigan
                                                             _____
                                                             Ryan McGittigan (Director)